424 A.2d 497

**Edward GROCHOWSKI, Individually and on Behalf of All Other Persons Similarly Situated, Appellant,**

v.

**KEYSTONE INSURANCE COMPANY.**

Supreme Court of Pennsylvania.

Argued Oct. 22, 1980.

Decided Jan. 27, 1981.

Arnold Levin, Gordon Gelfond, Philadelphia, for appellant.

Walter R. Milbourne, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.